U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA

BATON ROUGE, LA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF L
2015 DEC 30 PM 4:26

SIGN _____
BY DEPUTY CLERK

CIVIL ACTION

Candice Craig
**PLAINTIFF(S)**

VERSUS

No. 15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

December 30, 2015

U.S. District Court Middle District of LA
Russell B. Long Federal Building and United States Courthouse
Attn: Clerk of Courts/Applicable Judge
777 Florida Street
Suite 139
Baton Rouge, LA 70801

**RE: DEFENDANT LISTING UPDATE**   *Please do not issue summons*

Dear Clerk/Your Honor:

This letter is a formal request for (notice that) the "Defendant Listing" in the civil action #15-815-SDD-SCR (Candice Craig v. Anne Bolner; MHAS, DHH, and the State of Louisiana) to be updated to include the following person(s) and entity (entities):

**(1) Louisiana Department of Health and Hospitals (DHH)**
ATTN: Stephen Russo and Kathy Kliebert (Executive Counsel and Secretary, respectively)
628 N. 4th St
Baton Rouge, LA 70802

Note: The Louisiana Mental Health Advocacy Service (MHAS) falls under the helm of DHH. DHH is a division of the State of Louisiana government and is domiciled in Baton Rouge, LA.

**(2) State of Louisiana**
ATTN: Governor of LA, Executive Counsel for Governor, and Attorney General of LA
900 North 3rd St
Baton Rouge, LA 70802

Note: MHAS is an executive agency under the Office of the Governor of the State of Louisiana which is domiciled in Baton Rouge, LA

**U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA**

**BATON ROUGE, LA**

CIVIL ACTION

Candice Craig
**PLAINTIFF(S)**

VERSUS          No.    15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

**(3) Jane/John Doe**
(where Jane/John Doe represent all additional persons and/or entities that may be added as this civil action progresses)

Thank you.

Sincerely,

*[signature] 12/30/15*

Candice Craig
64 Beaver Street, Unit 301
New York, NY 10004
225-615-4263