**U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA**

**BATON ROUGE, LA**

Candice Craig
**PLAINTIFF(S)**

VERSUS                                                          No.    15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

February 26, 2016

U.S. District Court Middle District of LA
Russell B. Long Federal Building and United States Courthouse
Attn: Clerk of Courts/Applicable Judge
777 Florida Street
Suite 139
Baton Rouge, LA 70801

**RE: MOTION TO UPDATE DEFENDANT LISTING (AND COMPLAINT)**
Dear Clerk/Your Honor:

This letter is a formal request for (notice that) the "Defendant Listing" (and complaint) in the civil action #15-815-SDD-SCR (Candice Craig v. Anne Bolner; MHAS, DHH, and the State of Louisiana) to be updated to include the following person(s) and entity (entities):

**(1) Kevin Robshaw**

Note: Kevin Robshaw is the Director for the Louisiana Mental Health Advocacy Service (MHAS) which is an executive agency under the Office of the Governor of the State of Louisiana which is domiciled in Baton Rouge, LA

**(2) Kathy Kliebert**

Note: Kathy Kliebert is the Secretary (Head) of DHH. The Louisiana Mental Health Advocacy Service (MHAS) falls under the helm of DHH. DHH is a division of the State of Louisiana government and is domiciled in Baton Rouge, LA.

**(3) Jane/John Doe**
(where Jane/John Doe represent all additional persons and/or entities that may be added as this civil action progresses)

## U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA

## BATON ROUGE, LA

Candice Craig
**PLAINTIFF(S)**

VERSUS

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

CIVIL ACTION

No.    15-815-SDD-SCR

Thank you.

Sincerely,

*[signature]*

Candice Craig
64 Beaver Street, Unit 301
New York, NY 10004
225-615-4263