# EMERGENCY MOTION
# *Expedited Processing Sought*

EMERGENCY MOTION TO ADD DEFENDANTS TO CIVIL ACTION

3/3/16
Page 1 of 4

## U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA
## BATON ROUGE, LA

Candice Craig
**PLAINTIFF(S)**

VERSUS                                                    No.   15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

March 3, 2016

U.S. District Court Middle District of LA
Russell B. Long Federal Building and United States Courthouse
Attn: Clerk of Courts/Applicable Judge
777 Florida Street
Suite 139
Baton Rouge, LA 70801

**RE: EMERGENCY MOTION TO ADD DEFENDANTS TO CIVIL ACTION**

Dear Clerk/Your Honor:

This emergency letter is a formal request for (notice that) the "Defendant Listing" (and complaint) in the civil action #15-815-SDD-SCR (*Candice Craig v. Anne Bolner; MHAS, DHH, and the State of Louisiana*) to be updated to include the following person(s) and entity (entities):

(1) **Louisiana Department of Health and Hospitals (DHH)**
   ATTN: Stephen Russo, Kathy Kliebert, Jeff Landry (Executive Counsel, DHH Secretary (Head), and State of LA Attorney General, respectively)
   628 N. 4th St
   Baton Rouge, LA 70802

   Note: The Louisiana Mental Health Advocacy Service (MHAS) falls under the helm of DHH. DHH is a division of the State of Louisiana government and is domiciled in Baton Rouge, LA.

# EMERGENCY MOTION
# *Expedited Processing Sought*

EMERGENCY MOTION TO ADD DEFENDANTS TO CIVIL ACTION

## U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA
## BATON ROUGE, LA

Candice Craig
**PLAINTIFF(S)**

**VERSUS**   No.   15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

**(2) Mental Health Advocacy Service (MHAS)**
ATTN: Jeff Landry (Attorney General of LA)

Note: MHAS is an executive agency under the Office of the Governor of the State of Louisiana which is domiciled in Baton Rouge, LA
**This adds the Attorney General to the list of established recipients for MHAS summons**

**(3) State of Louisiana**
ATTN: Governor of LA, Executive Counsel for Governor, and Attorney General of LA
900 North 3rd St
Baton Rouge, LA 70802

Note: MHAS is an executive agency under the Office of the Governor of the State of Louisiana which is domiciled in Baton Rouge, LA

**(4) Kevin Robshaw**

Note: Kevin Robshaw is the Director for the Louisiana Mental Health Advocacy Service (MHAS) which is an executive agency under the Office of the Governor of the State of Louisiana which is domiciled in Baton Rouge, LA The responsibilities of the MHAS director are listed in LA Rev. Stat. 28 and other LA statutory and administrative texts.

**(5) Kathy Kliebert**

Note: Kathy Kliebert is the Secretary (Head) of DHH. The Louisiana Mental Health Advocacy Service (MHAS) falls under the helm of DHH. DHH is a division of the State of Louisiana government and is domiciled in Baton Rouge, LA.

U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE, LA

Candice Craig
**PLAINTIFF(S)**

VERSUS                                            No.   15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

**(6) Jane/John Doe**
(where Jane/John Doe represent all additional persons and/or entities that may be added as this civil action progresses)

Thank you.

Sincerely,

Candice Craig
64 Beaver Street, Unit 301
New York, NY 10004
225-615-4263