U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA

BATON ROUGE, LA

2016 MAY 19 PM 4: 31  *original*

SIGN_____ CIVIL ACTION
BY DEPUTY CLERK

Candice Craig
**PLAINTIFF(S)**

VERSUS

No.     15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

May 18, 2016


U.S. District Court Middle District of LA
Russell B. Long Federal Building and United States Courthouse
Attn: Clerk of Courts/Applicable Judge
777 Florida Street
Suite 139
Baton Rouge, LA 70801

**RE: DEFENDANT LISTING UPDATE** *(Motion/Notice to Court for Formal Acknowledgement of Defendant Update)*

Dear Clerk/Your Honor:

This letter is a formal request for (notice that) the "Defendant Listing" in the civil action #15-815-SDD-SCR (Candice Craig v. Anne Bolner; MHAS, DHH, and the State of Louisiana) to be updated to include the following person(s) and entity (entities):

(1) Franciscan Health and Wellness Services, Inc
ATTN: Jolee Hancock Bollinger
4200 Essen Lane
Baton Rouge, LA 70809

(2) Franciscan Missionaries of Our Lady of Health System Clinical Network, LLC
ATTN: Jolee H. Bollinger
4200 Essen Lane
Baton Rouge, LA 70809

(3) Franciscan Missionaries of Our Lady Health System Holdings, Inc
ATTN: Jolee Hancock Bollinger
4200 Essen Lane
Baton Rouge, LA 70809

(4) Our Lady of the Lake Hospital, Inc
ATTN: K. Scott Wester
5000 Hennessy Blvd
Baton Rouge, LA 70808

U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA

BATON ROUGE, LA

CIVIL ACTION

Candice Craig
**PLAINTIFF(S)**

VERSUS                              No.    15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

(5) Our Lady of the Lake Physicians Group, LLC
ATTN: K. Scott Wester
5000 Hennessy Boulevard
Baton Rouge, LA 70808

(6) Franciscan Missionaries of Our Lady Health Systems Management Services, LLC
ATTN: Jolee Hancock Bollinger, Esquire
5000 Hennessy Boulevard
Baton Rouge, LA 70809

(7) Franciscan Missionaries of Our Lady Health System, Inc
ATTN: John J. Finan, Jr
4200 Essen Lane
Baton Rouge, LA 70809

(8) Our Lady of the Lake Regional Medical Center
ATTN: K. Scott Wester
7777 Hennessy Blvd
Baton Rouge, LA 70808

(9) Our Lady of the Lake Regional Medical Center (Trademark)
    Our Lady of the Lake Hospital, Inc
ATTN: K.Scott Wester
5000 Hennessy Blvd
Baton Rouge, LA 70808

(10) Dr. Melissa Watson (Business Address)
7777 Hennessy Blvd, Suite 6000
Baton Rouge, LA 70808

(11) Louisiana State University Health Sciences Center
c/o LSU Health New Orleans
ATTN: Kathy Muslow (General Counsel)
433 Bolivar Street, Suite 820
New Orleans, LA 70112

(12) Louisiana State University System
c/o LSU Administration
ATTN: Thomas (Tom) Skinner
3810 West Lakeshore Drive, Suite 124
Baton Rouge, LA 70808

**U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA**

**BATON ROUGE, LA**

CIVIL ACTION

Candice Craig
**PLAINTIFF(S)**

VERSUS　　　　　　　　　　　　　　　　No.　15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

(13) LSU-Our Lady of the Lake Psychology Residency Program
LSU-OLOL Psychiatry Residency Program
c/o Louisiana State University Health Sciences Center
ATTN: Kathy Muslow (General Counsel)
433 Bolivar Street, Suite 820
New Orleans, LA 70112

(14) LSU-Our Lady of the Lake Psychology Residency Program
LSU-OLOL Psychiatry Residency Program
ATTN: Kathleen Crapanzano (Program Director)
5246 Brittany Drive
Baton Rouge, LA 70808

(15) Anne Bolner
1722 Pollard Pkwy
Baton Rouge, LA 70808

(16) Anne Bolner
Louisiana Mental Health Advocacy Service (MHAS)
627 North 4th St (Iberville Bldg)
Suite 1-322
Baton Rouge, LA 70802

(17) Anne Bolner
Louisiana Mental Health Advocacy Service/Child Advocacy Program
1201 North 3rd St, Suite G-223
Baton Rouge, LA 70802

(18) Anne Bolner (Atty)
Louisiana Mental Health Advocacy Services (MHAS)
150 3rd Street
Baton Rouge, LA 70801

(19) Kevin Robshaw
Louisiana Mental Health Advocacy Service (MHAS)
627 North 4th St (Iberville Bldg)
Suite 1-322
Baton Rouge, LA 70802

**U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA**

**BATON ROUGE, LA**

CIVIL ACTION

Candice Craig
**PLAINTIFF(S)**

VERSUS  No.   15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

(20) Kevin Robshaw
Louisiana Mental Health Advocacy Service (MHAS)
150 3rd Street
Baton Rouge, LA 70801

(21) Kevin Robshaw
Louisiana Mental Health Advocacy Service (MHAS)
1201 North 3rd St, Suite G-223
Baton Rouge, LA 70802

(22) Louisiana Mental Health Advocacy Service (MHAS)
ATTN: Kevin Robshaw (Director)
627 North 4th St (Iberville Bldg)
Suite 1-322
Baton Rouge, LA 70802

(23) Louisiana Mental Health Advocacy Service (MHAS)
ATTN: Kevin Robshaw (Director)
150 3rd Street
Baton Rouge, LA 70801

(24) Louisiana Mental Health Advocacy Service/Child Advocacy Program
ATTN: Kevin Robshaw (Director)
1201 North 3rd St, Suite G-223
Baton Rouge, LA 70802

(25) Louisiana Department of Health and Hospitals (DHH)
ATTN: Stephen Russo (Executive Counsel)
628 N. 4th St, Suite 939
Baton Rouge, LA 70802

(26) Kathy Kliebert
Louisiana Department of Health and Hospitals (DHH)
628 N. 4th St
Baton Rouge, LA 70802

(27) Louisiana Department of Health and Hospitals (DHH)
ATTN: Kathy Kliebert (Secretary)
628 N. 4th St
Baton Rouge, LA 70802

U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA

BATON ROUGE, LA

CIVIL ACTION

Candice Craig
**PLAINTIFF(S)**

VERSUS                                          No.   15-815-SDD-SCR

Anne Bolner; Louisiana Mental Health Advocacy Services
LA Department of Health and Hospitals (DHH), State of LA
**DEFENDANT(S)**

(28) State of Louisiana
    ATTN: Jeff Landry (Attorney General)
    1885 North 3rd St
    Baton Rouge, LA 70802

(29) State of Louisiana
    ATTN: Governor John Bel Edwards
    Office of the Governor
    900 North 3rd Street
    Baton Rouge, LA 70802

(36) State of Louisiana
    ATTN: Matthew Block (Executive Counsel)
    900 North 3rd Street
    Baton Rouge, LA 70802


Thank you.

Sincerely,

*[signature]*

Candice Craig
64 Beaver Street, Unit 301
New York, NY 10004
225-615-4263